# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-0866

———————————————

ANGEL CARRILLO, Mother,

Petitioner,

v.

JEFFREY SKYLER SINGLETARY,
Father,

Respondent.

———————————————

Petition for Writ of Certiorari—Original Proceedings.

October 1, 2025

PER CURIAM.

DENIED.

OSTERHAUS, C.J., and WINOKUR and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

H. Matthew Fuqua of Fuqua & Milton, P.A., Marianna, for Petitioner.

Michael J. Bauer of The Law Office of Michael J. Bauer, P.A., Tallahassee, for Respondent.